IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE LEBRON,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 24-1284 |
| | : | |
| **SUPERINTENDENT KENNETH** | : | |
| **EASON,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of October 2024, upon consideration of Jose Lebron's amended complaint (DI 11), it is **ORDERED**:

1. Mr. Lebron's amended complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in our Memorandum. Leave to amend is not granted because we conclude it would be futile.

2. The Clerk of Court shall **CLOSE** this case.

_____
**MURPHY, J.**